# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHEREKA DEVALL

VERSUS

LOUISIANA WORKFORCE
COMMISSION

NO.  2020 CW 0628

JULY 21, 2020

---

In Re:   Louisiana   Workforce   Commission,   applying   for
supervisory writs, State of Louisiana Civil Service
Commission, No. S-18604.

---

BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

APPLICATION FOR STAY DENIED.

TMH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT